AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| TIDEWATER INVESTMENT SRL et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17-CV-1457 (TJK) |
| BOLIVARIAN REPUBLIC OF VENEZUELA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:   Judgment shall be ENTERED for Plaintiffs (1) in the amount of $36,397,000 plus interest accruing at the rate of 4.5% per annum compounded quarterly from May 8, 2009, to the date of payment; and (2) in the amount of $2,500,000 less 30% of the total costs of the ad hoc Committee and of ICSID in conducting the annulment proceedings, as determined by the ICSID Secretariat.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy J. Kelly _____ on a motion for Default Judgment

Date:   01/25/2019

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 1/25/2019
By: _____ ANGELA D. CAESAR, CLERK