# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE S.A., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 19-mc-79-LPS ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER STAYING ACTION

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. All deadlines and case activity in the above-captioned action (the "Action") shall be stayed *sine die*, pending further developments in the proceedings captioned *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS; *OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, C.A. No. 1:19-cv-290-LPS and *OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, C.A. No. 1:19-mc-290-LPS.

2. Any party may terminate the stay upon fifteen (15) days' written notice, at which time the Action will revert to its status as of submission of this Stipulation and [Proposed] Order by the parties.

3. The parties shall meet and confer promptly after the lifting of the stay to discuss the schedule for filing a reply brief on Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. 1610(C) (D.I. 5).

ME1 33534188v.1

Dated: June 5, 2020
Wilmington, Delaware

| **MCCARTER & ENGLISH, LLP** | **ABRAMS BAYLISS LLP** |
|---|---|
| */s/ Steven P. Wood* | */s/ A. Thompson Bayliss* |
| Michael P. Kelly (#2295) | A. Thompson Bayliss (#4379) |
| Steven P. Wood (#2309) | 20 Montchanin Road, Suite 200 |
| Andrew S. Dupre (#4621) | Wilmington, Delaware 19807 |
| Sarah E. Delia (#5833) | (302) 778-1000 |
| Renaissance Centre | bayliss@abramsbayliss.com |
| 405 N. King Street, 8th Floor | |
| Wilmington, Delaware 19801 | *Of Counsel*: |
| (302) 984-6300 | |
| mkelly@mccarter.com | Joseph E. Neuhaus |
| swood@mccarter.com | James L. Bromley |
| adupre@mccarter.com | Angela Ellis |
| sdelia@mccarter.com | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| *Of Counsel*: | New York, New York 10004 |
| | |
| Miguel López Forastier | *Counsel for Defendant Bolivarian* |
| Alexander A. Berengaut | *Republic of Venezuela* |
| Mark D. Herman | |
| COVINGTON & BURLING LLP | |
| One CityCenter | |
| 850 Tenth Street, N.W. | |
| Washington, D.C. 20001 | |
| (202) 662-6000 | |

*Counsel for Plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A.*

      **SO ORDERED**, this _____, day of _____, 2020.

 

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge