## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE, S.A.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　　　　Defendant. | C.A. No.: 19-mc-00079-LPS |

## JOINT STATUS REPORT

Pursuant to the Court's January 29, 2021 order (D.I. 18), the parties, through their undersigned counsel, submit this Joint Status Report.

### Procedural Background

On April 3, 2019, plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A. ("Plaintiffs") registered a foreign judgment against defendant Bolivarian Republic of Venezuela ("Defendant") in the amount of $36,397,000 with this Court. On November 15, 2019, Plaintiffs filed a Motion for Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. Section 1610(c) (the "Motion"), along with a supporting declaration. D.I. 5-6. On June 1, 2020, Defendant filed an Answering Brief in opposition to the Motion, along with supporting declarations. D.I. 13-16.

On August 4, 2020, the Court entered a stipulated order (the "Stay Order") providing that "[a]ll deadlines and case activity in the above-captioned action (the 'Action') shall be stayed *sine die*, pending further developments in the proceedings captioned *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS; *OI European Group B.V. v. Bolivarian Republic of Venezuela et al*., C.A. No. 1:19-cv-290-LPS and *OI European Group B.V. v. Bolivarian Republic of Venezuela et al*., C.A. No. 1:19-mc-290-LPS." The Stay Order

further provided that: (i) "[a]ny party may terminate the stay upon fifteen (15) days' written notice, at which time the Action will revert to its status as of submission of this Stipulation and [Proposed] Order by the parties" and (ii) "[t]he parties shall meet and confer promptly after the lifting of the stay to discuss the schedule for filing a reply brief on Plaintiffs' Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. 1610(C)."

### The Parties' Joint Position

The parties agree that it would be most efficient for the parties and the Court for this Action to remain stayed on the same terms as outlined in the current Stay Order. The parties anticipate that certain issues currently before the Court in the related proceedings referenced above, as well as *Northrop Grumman Ship Systems, Inc. v. The Ministry Of Defense Of The Republic Of Venezuela*, C.A. No. 1:20-mc-257-LPS, will inform and guide the parties with respect to the course of this Action.

The parties are available at the Court's convenience should Your Honor have any questions.

| | |
|---|---|
| */s/ Sarah E. Delia* | */s/ Stephen C. Childs* |
| Michael P. Kelly (#2295) | A. Thompson Bayliss (#4379) |
| Steven P. Wood (#2309) | Stephen C. Childs (#6711) |
| Andrew S. Dupre (#4621) | ABRAMS BAYLISS LLP |
| Sarah E. Delia (#5833) | 20 Montchanin Road, Suite 200 |
| MCCARTER & ENGLISH, LLP | Wilmington, Delaware 19807 |
| Renaissance Centre | (302) 778-1000 |
| 405 N. King Street, 8th Floor | bayliss@abramsbayliss.com |
| Wilmington, Delaware 19801 | |
| (302) 984-6300 | OF COUNSEL: |
| mkelly@mccarter.com | |
| swood@mccarter.com | Joseph E. Neuhaus |
| adupre@mccarter.com | James L. Bromley |
| sdelia@mccarter.com | Angela Ellis |
| | SULLIVAN & CROMWELL LLP |
| OF COUNSEL: | 125 Broad Street |
| | New York, New York 10004 |
| Miguel López Forastier | |
| Alexander A. Berengaut | *Counsel for Defendant Bolivarian* |
| Mark D. Herman | *Republic of Venezuela* |
| COVINGTON & BURLING LLP | |
| One CityCenter | |
| 850 Tenth Street, N.W. | |
| Washington, D.C. 20001 | |
| (202) 662-6000 | |

*Counsel for Plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A.*

Dated: February 2, 2021