# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE S.A., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-mc-79-LPS |

## NOTICE OF TERMINATION OF STAY

Pursuant to the Order Staying Action dated August 4, 2020, Plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A. hereby give notice of their intent to terminate the stay of proceedings effective fifteen days from the date hereof.

Dated: April 17, 2023

OF COUNSEL:

Miguel López Forastier
Alexander A. Berengaut
Mark D. Herman
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: (202) 662-6000
mlopezforastier@cov.com
aberengaut@cov.com
mherman@cov.com

McCARTER & ENGLISH, LLP

*/s/ Sarah E. Delia*
Andrew S. Dupre (#4621)
Steven P. Wood (#2309)
Sarah E. Delia (#5833)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6300
adupre@mccarter.com
swood@mccarter.com
sdelia@mccarter.com

*Counsel for Plaintiffs*
*Tidewater Investment SRL and*
*Tidewater Caribe S.A.*

ME1 44687388v.1