

**Sarah E. Delia**
Partner
T. 302-984-6328
F. 302-984-6399
sdelia@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 5, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:   *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venezuela,*
      D. Del., C.A. No. 19-mc-79-LPS

Dear Judge Stark:

On May 17, 2023, Plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A. submitted a Motion for Leave to File A Supplemental Brief in Support of Their Motion for an Oder Authorizing the Issuance of a Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. 1610(c) (the "Motion for Leave"), to which they appended a copy of the proposed supplemental brief as Exhibit A (the "Proposed Supplemental Brief").

Because Defendant Bolivarian Republic of Venezuela ("Venezuela") is no longer represented by counsel, a copy of the Motion for Leave and its ancillary documents, including the Proposed Supplemental Brief, was delivered by FedEx to Venezuela, attention to Gustavo Marcano, Head of the Asset Administration and Protection Council appointed by the National Assembly of Venezuela, 8300 NW 53rd Street, Suite 102, Doral, Florida 33166.  This is the same individual and contact information to which former counsel to Venezuela delivered their Motion to Withdraw as Counsel.  *See* D.I. 24 (Declaration in Support of Motion to Withdraw).

Under Local Rule 7.1.2(b), the deadline for Venezuela to respond to the Motion for Leave has expired.  Venezuela has not responded to the Motion for Leave, nor has any representative of Venezuela made any attempt to contact counsel for Plaintiffs.

In light of Venezuela's failure to acknowledge the Motion for Leave, Plaintiffs hereby respectfully request that the Court enter Plaintiffs' proposed order granting the Motion for Leave and deeming the Proposed Supplemental Brief filed as of the date of the order, with any opposition thereto to be filed in accordance with the Court's Local Rules.

Counsel are available at the convenience of the Court should Your Honor have any questions.

Respectfully submitted,

/s/ *Sarah E. Delia*

Sarah E. Delia (#5833)

ME1 45129996v.1