UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE, S.A.,<br><br>      Plaintiffs,<br>  v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>      Defendant. | C.A. No.: 19-mc-00079-LPS |

## JOINT STATUS REPORT

Pursuant to the Court's June 27, 2023 order (D.I. 49), the parties, through their undersigned counsel, submit this Joint Status Report.

**Procedural Background**

On April 3, 2019, plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A. (collectively "Tidewater" or "Plaintiffs") registered with this Court a foreign judgment against defendant Bolivarian Republic of Venezuela (the "Republic") in the amount of $36,397,000 plus interest accruing at the rate of 4.5% per annum compounded quarterly from May 8, 2009, to the date of payment.[1]  On November 15, 2019, Plaintiffs filed a Motion for Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. Section 1610(c) (the "Motion"), along with a supporting declaration. D.I. 5-6.  On June 1, 2020, the Republic filed an Answering Brief in opposition to the Motion, along with supporting declarations.  D.I. 13-16.

On August 4, 2020, the Court entered a stipulated order (the "Stay Order") providing that "[a]ll deadlines and case activity in the above-captioned action (the 'Action') shall be stayed *sine*

---

[1] The judgment also awarded Tidewater certain costs of the arbitration proceeding, as set forth with greater particularity in the judgment, and is also subject to pre- and post-judgment interest. As of May 24, 2023, Tidewater believes the total amount of Tidewater's credit is $72,825,391.

*die*, pending further developments in the proceedings captioned *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, C.A. No. 17-mc-151-LPS; *OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, C.A. No. 1:19-cv-290-LPS and *OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, C.A. No. 1:19-mc-290-LPS."

On April 17, 2023, Tidewater gave notice to lift the stay, which began a 15-day period after which the stay was automatically lifted. D.I. 22. On May 17, 2023, Tidewater submitted a Motion for Leave to File a Supplemental Brief in Support of Their Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. 1610(c) (D.I. 29), to which it attached a copy of its proposed supplemental brief (the "Supplemental Brief"). That Motion was granted by the Court on June 27, 2023, and Tidewater's supplemental brief was deemed filed as of that date. D.I. 49.

On June 22, 2023, counsel for the Republic entered their appearances in this action. (The Court had previously granted a motion of then-counsel for the Republic to withdraw.)

On June 27, 2023, counsel for the parties conferred by phone, during which counsel for Tidewater proposed that the Republic submit any opposition to the Supplemental Brief on or before July 11, 2023 (the default date under the Court's Local Rules), and that Tidewater would submit any reply on or before July 20, 2023. On June 30, counsel for the Republic proposed that briefing be held in abeyance pending the Third Circuit's decision in the pending appeal in *OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, C.A. No. 1:19-mc-290-LPS ("*OIEG*"). Counsel for Tidewater rejected that proposal, and counsel for the Republic indicated that it would make such a proposal to the Court in this status report.

**Tidewater's Position**

Given the length of time the Supplemental Brief has been on the docket (more than one month) and the overlap of well-litigated issues between this case and other pending creditor actions against the Republic in which the Republic is represented by the same counsel of record, Tidewater believes that any opposition to the Supplemental Brief should be submitted on or before the default date of July 11, 2023.  *See* D. Del. L.R. 7.1.2(b).  Tidewater requests nine days to submit its reply (two days more than the default period under the Local Rules) because counsel entered an appearance in this case on June 22, 2023, and has been on notice of the Supplemental Brief since at least that time.  Tidewater does not at this time anticipate seeking a hearing on its pending Motion for Writ of Attachment *Fieri Facias* Pursuant to 28 U.S.C. 1610(c).

**The Republic's Position**

The Republic believes that given the overlap of issues between this case and the pending appeal in *OIEG*, the considerations that justified the Stay Order remain applicable, and further briefing in this case should be held in abeyance until the Third Circuit renders its decision in *OIEG*. The Republic therefore proposes that its brief in response to the Supplemental Brief be due 30 days after that decision is rendered. Should the Court reject that proposal, the Republic proposes that its brief in opposition be due on July 21, 2022.  The modest extension of eight business days from the default under the Local Rules is appropriate given the previous withdrawal and recent appearance of counsel for the Republic in this action.

The parties are available at the Court's convenience should Your Honor have any questions.

ME1 45408801v.1

| | |
|---|---|
| */s/ Sarah E. Delia* | */s/ Stephen C. Childs* |
| Andrew S. Dupre (#4621) | A. Thompson Bayliss (#4379) |
| Sarah E. Delia (#5833) | Stephen C. Childs (#6711) |
| MCCARTER & ENGLISH, LLP | ABRAMS BAYLISS LLP |
| Renaissance Centre | 20 Montchanin Road, Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington, Delaware 19807 |
| Wilmington, Delaware 19801 | (302) 778-1000 |
| (302) 984-6300 | bayliss@abramsbayliss.com |
| adupre@mccarter.com | childs@abramsbayliss.com |
| sdelia@mccarter.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Donald B. Verrilli, Jr. |
| Miguel López Forastier (pro hac vice) | Munger, Tolles & Olson LLP |
| Mark D. Herman (pro hac vice) | 601 Massachusetts Avenue NW |
| COVINGTON & BURLING LLP | Suite 500 E |
| One CityCenter | Washington, D.C. 20001 |
| 850 Tenth Street, N.W. | (202) 220-1100 |
| Washington, D.C. 20001 | Donald.Verrilli@mto.com |
| (202) 662-6000 | |
| | George M. Garvey |
| *Counsel for Plaintiffs Tidewater Investment SRL and Tidewater Caribe, S.A.* | Munger, Tolles & Olson LLP |
| | 350 South Grand Avenue, 50th Floor |
| | Los Angeles, CA 90071 |
| | (213) 683-9100 |
| Dated: June 30, 2023 | George.Garvey@mto.com |
| | |
| | *Counsel for Defendant Bolivarian Republic of Venezuela* |

4

ME1 45408801v.1