IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIDEWATER INVESTMENT SRL and TIDEWATER CARIBE, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 19-79-LPS |
| VALORES MUNDIALES, S.L. and CONSORCIO ANDINO, S.L.,<br><br>Plaintiffs,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Misc. No. 23-298-LPS |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Intervenor-Defendant Petróleos de Venezuela, S.A. ("PDVSA") appeals to the U.S. Court of Appeals for the Third Circuit from this Court's Opinion and Order dated November 1, 2023 ("November 1 Order"), and all interlocutory orders and opinions giving rise to the November 1 Order. Among other things, the November 1 Order denied PDVSA's motion to dismiss based on PDVSA's foreign sovereign immunity under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1602-11. *See* Nov. 1 Order at 22. The November 1 Order is therefore immediately appealable under 28 U.S.C. § 1291 and the collateral order doctrine. *See Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, 932 F.3d 126, 136 & n.3 (3d Cir. 2019).

In the Stipulations and Orders Concerning Foreign Sovereign Immunities Act Issues entered by the Court in these actions, the parties agreed that, unless reversed, modified, or overruled, the Third Circuit's decision in *OI Eur. Grp. B.V. v. Bolivarian Republic of Venezuela*, 73 F.4th 157 (3d Cir. 2023), establishes that PDVSA and its assets are not immune under the FSIA from the attachments sought in these actions and PDVSA expressly preserved its right to appeal from a determination by the Court that PDVSA is not immune under the FSIA.  *See* Misc. No. 19-79, D.I. 57 ¶¶ 4-5; Misc. No. 23-298, D.I. 19 ¶¶ 4-5.  Accordingly, PDVSA files this Notice of Appeal to preserve its rights consistent with the parties' stipulations.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Claire A. DeLelle<br>Nicole Erb<br>Benedict S. Bernstein<br>WHITE & CASE LLP<br>701 Thirteenth Street N.W.<br>Washington, D.C. 20003<br>(202) 626-3600<br>claire.delelle@whitecase.com<br>nerb@whitecase.com<br>benedict.bernstein@whitecase.com | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>/s/ *Samuel T. Hirzel*<br>Samuel T. Hirzel (# 4415)<br>Gillian L. Andrews (# 5719)<br>300 Delaware Ave., Ste 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>shirzel@hegh.law<br>gandrews@hegh.law<br><br>*Attorneys for Intervenor*<br>*Petróleos de Venezuela, S.A.* |

Dated:  December 1, 2023